UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>BEHNAM HALALI, *et al.*,<br>　　　　　Defendants. | Case No. 14-cr-00627-SI-1<br><br>**ORDER RE: JURY QUESTIONNAIRE** |

The parties shall provide the Jury Administrator with 90 copies of the approved jury questionnaire[1] by noon on Friday, February 10, 2017. The Jury Administrator will distribute the blank questionnaires to potential jurors on Monday, February 13, 2017, and counsel will obtain and copy the completed questionnaires thereafter. The Jury Administrator anticipates that the questionnaires will be completed by approximately 11:00 am on February 13, 2017, and the Jury Administrator will contact counsel when the questionnaires are complete and ready for pick up.

The parties shall provide the Court with a set of the completed jury questionnaires by noon Tuesday, February 14, 2017. If the parties jointly agree to any dismissals/challenges for cause based on the questionnaire answers of any potential jurors, they should inform the Court and the Jury Administrator of the names of such jurors by 3 p.m. on Tuesday, February 14, 2017. Voir dire will be conducted on Wednesday, February 15, 2017, beginning at 9:00 a.m. The Court anticipates that counsel will have reviewed and considered the completed questionnaires in

---

[1] The Court approves the questionnaire at Dkt. No. 96 with the deletions of questions 20, 40 and 46.

advance of voir dire.

**IT IS SO ORDERED**.

Dated: January 23, 2017

_____
SUSAN ILLSTON
United States District Judge